# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2018

156711

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

STAN MICIURA,
        Plaintiff/Counterdefendant-
        Appellee,

v

                                   SC: 156711
                                   COA: 338945
                                   Wayne CC: 17-000217-AV

STACY KURC, JOHN KURC, and
1410 SYCAMORE, WYANDOTTE, MI
48192, LLC,
        Defendants/Counterplaintiffs-
        Appellants.

_____/

      On order of the Court, the application for leave to appeal the September 21, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2018                        

p0620                                                               Clerk